Approved.
/s/ *Benita Y. Pearson* on 8/11/2016
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:15CR00329 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| JASON M. COPE, | ) | GOVERNMENT'S MOTION FOR LEAVE |
| | ) | TO FILE UNDER SEAL AN |
| Defendant. | ) | UNOPPOSED MOTION TO DISCLOSE |
| | ) | PLEA AGREEMENT |

The United States of America, by and through its counsel, Carole S. Rendon, United States Attorney, and Christos N. Georgalis, and Paul Flannery, Assistant U.S. Attorneys, and hereby requests leave to file under seal the Government's Unopposed Motion to Disclose Plea Agreement (the "Motion") because the Motion discusses confidential, sensitive information.

                                              Respectfully submitted,

                                              CAROLE S. RENDON
                                              United States Attorney

By:  /s/ *Chris N. Georgalis*
       Chris N. Georgalis (OH: 0079433)
       Assistant United States Attorney
       United States Court House
       801 West Superior Avenue, Suite 400
       Cleveland, OH 44113
       (216) 622-3971
       (216) 522-2403 (facsimile)
       Chris.Georgalis@usdoj.gov

       /s/ *Paul Flannery*
       Paul Flannery (OH: 0091480)
       Assistant United States Attorney
       United States Court House
       801 West Superior Avenue, Suite 400
       Cleveland, OH 44113
       (216) 622-3958
       (216) 522-2403 (facsimile)
       Paul.Flannery@usdoj.gov

## CERTIFICATE OF SERVICE

    I hereby certify that on this 9th day of August, 2016, a copy of the foregoing document was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's system.

                                            /s/ *Chris N. Georgalis*
                                            Chris N. Georgalis
                                            Assistant U.S. Attorney